## TENENBAUM & SASS, P.C.

BRADSHAW ROST, VSB #27134
4504 WALSH STREET, SUITE 200
CHEVY CHASE, MD 20015
(301) 961-5300

ATTORNEYS FOR DEFENDNAT DISH NETWORK L.L.C.

FILED

2010 JUL 12  P 3: 06

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

---

| | |
|---|---|
| MANTIAN ZHU | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA |
| Plaintiff | |
| vs. | |
| DISH NETWORK L.L.C. | Civil Action 1:10CV777 LO/TCB |
| Defendant. | **NOTICE OF REMOVAL** |

---

Defendant DISH Network L.L.C., by and through its counsel, and pursuant to 28 U.S.C. §1446(b), hereby files its Notice of Removal of the pending state court action in the Circuit Court for Fairfax County, Virginia, in the matter styled as *Mantian Zhu vs. DISH Network L.L.C.*, Case CL 2009-16778 (the "State Court Action"). In support thereof, the following is stated:

1. Defendant DISH Network L.L.C. ("Defendant") is a limited liability company organized under the laws of Colorado with its principal place of business located in the State of Colorado.

2. Plaintiff Mantian Zhu ("Plaintiff") is an individual and citizen of the Commonwealth of Virginia.

3. On July 9, 2010, Plaintiff filed an Amended Complaint in the State Court Action increasing its damage claim from $66,000.00 to $135,500.00, and therefore the amount in controversy exceeds $75,000.00.

4. There is complete diversity of citizenship between Plaintiff and Defendant and this Court now has diversity jurisdiction under Title 28 U.S.C. §1332(a). The State Court Action was commenced within a year of the filing of this Notice of Removal.

5. Attached hereto is copy of all process, pleadings, and orders served upon the Defendant in the State Court Action.

DISH NETWORK L.L.C.

BY COUNSEL

**RESPECTFULLY SUBMITTED**

_/s/ Bradshaw Rost_
Bradshaw Rost, Esq. Bar # 27134
*Tenenbaum & Saas, PC*
4504 Walsh Street, Suite 200
Chevy Chase, MD 20815
Tel (301)961-5300
Counsel for Defendant DISH Network L.L.C.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the Defendant's Notice of Removal was sent via U.S. Mail, First Class, Postage Prepaid on July 12, 2010 to:

A. Charles Dean
Gross & Romanick, P.C.
3975 University Drive
Suite 410
Fiarfax, Virginia 22030

_/s/ Bradshaw Rost_
Bradshaw Rost